1

**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
Crystal T. Innabi (SBN: 316434)
ci@sinlegal.com
770 L Street, Suite 950
Sacramento, CA 95814
Tel: (619) 752-0703
Fax: (619) 330-2120

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KEYANA BRADGON,** an individual,<br><br>          Plaintiff,<br><br>          v.<br><br>**SOUTH WEST MEDIATION SERVICES OF NEVADA d/b/a SOUTHWEST MEDIATION SERVICE,** entity type unknown,<br><br>          Defendant. | Case No.:   **2:18-CV-09076-JFW-KS**<br><br>**PROOF OF SERVICE OF SUMMONS** |

**Proof of Service**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| KEYANA BRADGON, an individual, | ) |
| | ) |
| | ) |
| | ) |
| ———————————————— | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| SOUTH WEST MEDIATION SERVICES OF NEVADA | ) |
| d/b/a SOUTHWEST MEDIATION SERVICE, entity type | ) |
| unknown, | ) |
| ———————————————— | ) |
| *Defendant(s)* | ) |

Civil Action No.    2:18-cv-9076 JFW (KSx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SOUTH WEST MEDIATION SERVICES OF NEVADA d/b/a SOUTHWEST MEDIATION SERVICE, entity type unknown,

2706 Grand Forks RD, Henderson, NV 89052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  SINNETT LAW, APC.
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
Crystal T. Innabi (SBN: 316434)
ci@sinlegal.com
770 L Street, Suite 950, Sacramento, CA 95814
Tel: (619) 752-0703    Fax: (619) 330-2120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    10/23/2018

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-9076 JFW (KSX)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SOUTHWEST MEDIATION SERVICES OF NEVADA
D/B/A SOUTHWEST MEDIATION SERVICE, ENTITY TYPE UNKNOWN was received by me on *(date)* Dec 31, 2018.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy
to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept
service of process on behalf of *(name of organization)* _____ on *(date)*
_____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: I served the Summons on Melba Miller, Owner of Southwest Mediation Services of Nevada D/B/A
Southwest Mediation Service, Entity Type Unknown on January 3, 2019 at 6:00 PM ; or

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 01/04/2019

_____
*Server's signature*

Marc Dudley - Process Server
_____
*Printed name and title*

630 S. 10th St. #B, Las Vegas, NV 89101
_____
*Server's address*

Additional information regarding attempted service, etc.:
Successful Attempt: Jan 3, 2019, 6:00 pm PST at HOME: 2706 GRAND FORKS RD., HENDERSON, NV 89052
The documents were served to Melba Miller, Owner.

Additional Documents Served:
Complaint, Civil Cover Sheet; Notice of Assignment to United States Judges; Certification and Notice of Interested Parties
(Local Rule 7.1-1); Notice to Parties of Court-Directed ADR Program

A declaration of mailing is attached.

MC-031

| PLAINTIFF / PETITIONER: KEYANA BRADGON, AN INDIVIDUAL | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: SOUTH WEST MEDIATION SERVICES OF NEVADA D/B/A SOUTHWEST MEDIATION SERVICE, ENTITY TYPE UNKNOWN | 2:18-CV-9076 JFW (KSX) |

## DECLARATION OF MAILING

(This form must be attached to another form or court paper before it can be filed in court.)

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.
2. I served copies of the SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
3. By placing a true copy of each document in United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:
   a.   Date of Mailing:        Fri, Jan 04 2019
   b.   Place of Mailing:       Riverside, CA 92509
   c.   Addressed as Follows: SOUTHWEST MEDIATION SERVICES OF NEVADA D/B/A SOUTHWEST MEDIATION SERVICE, ENTITY TYPE UNKNOWN
                          c/o Melba Miller - Owner
                          2706 GRAND FORKS RD.
                          HENDERSON, NV 89052
4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service
5. **Person who mail served papers**
   a.   Name:              Glenn Grainger
   b.   Address:           4651 Brookhollow Cir. Ste. C, Riverside, CA 92509
   c.   Telephone number:  951-353-8281
   d.   I am:
       (1)  [ ]   not a registered California process server.
       (2)  [X]   exempt from registration under Business and Professions Code section 22350(b).
       (3)  [ ]   a registered California process server:
              (i)   [ ] owner  [ ] employee  [ ] independent contractor
              (ii)  Registration No:
              (iii) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   1/4/2018

Glenn Grainger
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

[ ] Attorney for   [ ] Plaintiff   [ ] Petitioner   [ ] Defendant
[ ] Respondent   [ ] Other (Specify):